IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAN B. BAITCHER (01), and<br>JAMES G. HOLLOWAY (03) | CRIMINAL CASE NO.<br>1:11-CR-00536-SCJ-AJB |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 85], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, it is hereby **ORDERED** that the motions to suppress and/or dismiss [Docs. 57, 60, 68] as adopted by Allan B. Baitcher and James G. Holloway [Docs. 58, 59, 69] are **GRANTED IN PART AND DENIED IN PART**. It is further **ORDERED** that the United States' motion for extension of time to produce expert's report [Doc. No. 61] is **GRANTED**.

**IT IS SO ORDERED** this 11th day of April, 2013.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE