IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAN B. BAITCHER | Criminal Action No.<br><br>1:11-CR-536-SCJ-AJB |

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that the defendant having pled guilty to Count One, of Criminal Information Number 1:13-CR-258-AJB, filed June 28, 2013, all count(s) pending in the above-styled case are dismissed as to ALLAN B. BAITCHER and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
United States Attorney

By: RANDY S. CHARTASH
*Assistant United States Attorney*
Georgia Bar No. 121760
Randy.chartash@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

### Order

Now, to-wit, on the 13th day of January, 2014, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE